```
1  BENJAMIN B. WAGNER
   United States Attorney
2  STANLEY A. BOONE
   KIRK E. SHERRIFF
3  Assistant U.S. Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099
6  Attorneys for the
   United States of America
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO.: 1:10-cr-0002 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND |
|  | ) ORDER CONTINUING SENTENCING |
|  | ) HEARING |
| v. | ) Old Date: May 14, 2012 |
|  | ) Old Time: 1:30 p.m. |
|  | ) **New Date: Nov. 5, 2012** |
| LESLIE SLUGA, | ) **New Time: 10:00 a.m.** |
|  | ) **Court: Two** |
| Defendant. | )   **(Hon. Anthony W. Ishii)** |

Defendant Leslie Sluga pleaded guilty on January 8, 2010 to the Information filed in this case. Sentencing is currently set for May 14, 2012, at 1:30 p.m.

This case is related to the pending case U.S. v. David Crisp, et al. (No. 1:11-cr-0026 LJO), which the Court has designated as complex. The present case concerns transactions or events related to the scheme and artifice to defraud mortgage loan companies and federally insured lending/financial institutions that is charged in

U.S. v. David Crisp, et al., and it is anticipated that Mrs. Sluga may be called as a witness in that case.

To allow additional time for Mrs. Sluga to fulfill her obligations under the plea agreement, the parties hereby stipulate and jointly request that the Court order that the sentencing hearing in this case be continued from May 14, 2012 to November 5, 2012, at 10:00 a.m., or the earliest date thereafter that is convenient to the Court. The parties further stipulate and jointly request that the Court extend the deadline to submit informal objections to the Pre-Sentence Report (PSR) to three weeks prior to the continued sentencing date, and extend the deadline to file formal objections to the PSR to one week prior to the continued sentencing date.

Respectfully submitted,

Dated: April 24, 2012            BENJAMIN B. WAGNER
                                 United States Attorney

                            By:  /s/ Kirk E. Sherriff
                                 STANLEY A. BOONE
                                 KIRK E. SHERRIFF
                                 Assistant U.S. Attorneys


Dated: April 24, 2012            /s/ George Buehler
                                 (authorized on 4/24/12)
                                 GEORGE BUEHLER
                                 Attorney for Defendant
                                 LESLIE SLUGA

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing hearing in this case. Good cause appearing, IT IS ORDERED that the sentencing hearing is continued from May 14, 2012 to November 5, 2012, at 10:00 a.m., and that the deadlines to submit informal objections and to file formal objections to the Pre-Sentence Report are extended as set forth above.

IT IS SO ORDERED.

Dated:      April 24, 2012            _____
                                       CHIEF UNITED STATES DISTRICT JUDGE