Buehler & Kassabian
George W. Buehler (Bar No. 60701)
350 West Colorado Boulevard, Suite 200
Pasadena, California 91105
Tel: (626) 219-0631
Fax: (626) 792-0505
e-mail: gbuehler@buehlerkassabian.com
Attorneys for Defendant
Leslie Sluga

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESLIE SLUGA,<br><br>Defendant. | Case No. : 1:10-cr-0002 AWI<br><br>STIPULATION AND ORDER PERMITTING OUT OF STATE TRAVEL |

The conditions of Defendant Leslie Sluga's pre-trial release restrict travel to within the State of California without approval by the Court.

The parties hereby stipulate and jointly request that the Court enter an order permitting Mrs. Sluga to travel with her husband Kevin Sluga to Midlothian, Virginia on May 31, 2013 through June 10, 2013 to visit their daughter Megan Balod and celebrate the first birthday of Megan's son (the Sluga's grandson) who recently underwent surgery.

/

/

1

/

Respectfully submitted,

Dated: May 6, 2013                BENJAMIN B. WAGNER
                                  United States Attorney

                          By:     /s/ Kirk E. Sherriff
                                  (as authorized)
                                  KIRK E. SHERRIFF
                                  STANLEY A. BOONE
                                  Assistant United States Attorneys

Dated: May 6, 2013                /s/ George W. Buehler
                                  GEORGE W. BUEHLER

                                  Counsel for Defendant
                                  LESLIE SLUGA

## ORDER

The Court has reviewed and considered the stipulation of the parties to permit out of state travel. Good cause appearing, IT IS ORDERED that the Defendant Leslie Sluga may travel to Midlothian, Virginia on May 31, 2013 to June 10, 2013 to visit her daughter Megan Balod.

IT IS SO ORDERED.

Dated:   May 9, 2013
                                  _____
                                  SENIOR DISTRICT JUDGE

2